**FILED**

**NOV 16 2012**

**Clerk, U.S. District and Bankruptcy Courts**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DAVID M. YOUNG,                              )
                                             )
                    Plaintiff,               )
                                             )
       v.                                    )          Civil Action No. 12-1623 (UNA)
                                             )
U.S. ATTORNEY GENERAL,                       )
                                             )
                    Defendant.               )

## MEMORANDUM OPINION

The Court provisionally permitted the above-captioned action to be filed on September 28, 2012. At that time, the Court directed plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. Because plaintiff has not produced the required trust fund account statement, the Court will deny the application to proceed *in forma pauperis* and dismiss this action without prejudice. An Order is issued separately.

DATE: Nov 15, 2012                    _____
                                              United States District Judge